THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAFFAELE AMENDOLA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 1, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Supreme Court, rendered April 14, 1922, at a Trial Term for the county

of Oneida, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William F. Dowling* and *Salvador J. Capecelatro* for appellant.

*Charles L. De Angelis, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.